5 A.3d 817

**COMMONWEALTH of Pennsylvania, Respondent**

v.

**Selassi JONES, Petitioner.**

**No. 96 EM 2010.**

Supreme Court of Pennsylvania.

Oct. 4, 2010.

*ORDER*

PER CURIAM.

**AND NOW,** this 4th day of October, 2010, the "Motion for Reconsideration *Nunc Pro Tunc,*" treated as a Petition for Relief per Pa.R.A.P. 123, is **DENIED.**